IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE MILL STEEL COMPANY, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:14-cv-1023-WKW |
| | ) (WO – Do Not Publish) |
| SOUTHEASTERN STUD & | ) |
| COMPONENT, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the court is a Motion to Continue Hearing (Doc. #18) filed by Defendants Southeastern Stud & Component, Inc., Dixieland Metals of Alabama, L.L.C., J&S Investments, L.L.C., K2 Enterprises, L.L.C., Mid-South Steel, LLC, Southeastern Stud, LLC, and Kennon W. Whaley, Sr.  Having fully considered the motion, it is ORDERED that the motion is DENIED.  The hearing scheduled for **October 23, 2014**, at **3:00 p.m.** in courtroom 2B of the Frank M. Johnson, Jr. U.S. Courthouse will take place as scheduled, but as a status and planning conference.  Counsel shall attend and confer, prior to the scheduled conference, on foreseeable planning, discovery, and scheduling issues in this matter and shall be prepared to discuss the same with the court.

DONE this 22nd day of October, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE