IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE MILL STEEL COMPANY and MILL STEEL BIRMINGHAM, LLC, | ) ) ) |
| **Plaintiffs,** | ) ) ) |
| v. | ) ) ) |
| SOUTHEASTERN STUD & COMPONENT, INC., DIXIELAND METALS OF ALABAMA, L.L.C., J&S INVESTMENTS, L.L.C., K2 ENTERPRISES, L.L.C., MID-SOUTH STEEL LLC, SOUTHEASTERN STUD, LLC, and KENNON W. WHALEY, SR., | ) ) ) ) ) ) ) ) ) CASE NO. 2:14-cv-01023-WKW-WC |
| **Defendants.** | ) |

### JOINT UPDATE TO COURT ON STATUS OF BANKRUPTCY CASE OF SOUTHEASTERN STUD & COMPONENT, INC.

**COME NOW** the Plaintiffs and Defendants to the above-styled litigation (collectively, the "Parties"), by and through their undersigned counsel, and hereby file this Update (this "Update") per the Court's "Memorandum Opinion and Order" found at Docket Number 52 (the "Order") dated November 26, 2014 in the above-styled case (the "Case"). The Plaintiffs inform the Court as follows:

The Chapter 7 Trustee (the "Trustee") in the case of In re: Southeastern Stud and Components, Inc., Case No. 14-32906 (the "Bankruptcy Case") has

26068326 v1

brought two adversary proceedings against Mill Steel and its related entities. The adversary proceedings seek, among other things, a determination about the extent and validity of Plaintiffs' security interests and the avoidance of certain payments made to Plaintiffs. Those adversary proceedings are ongoing, and the parties have conducted numerous depositions, document exchanges, and other discovery. The bankruptcy court held a hearing on the various motions for summary judgment filed in the first adversary proceeding on November 4, 2015, and the parties are now awaiting a decision from the bankruptcy court concerning same. In the event a trial of the first adversary proceeding is necessary, the trial will be conducted January 19-21, 2016. Otherwise, the bankruptcy continues to be administered.

Respectfully submitted this the 1st day of December, 2015.

/s/ Derek F. Meek
S. Greg Burge
Derek F. Meek
Ryan D. Thompson

Attorneys for The Mill Steel Company, Mill Steel Birmingham, LLC, MSSES Holdings, LLC, and Eric L. Lambert

26068326 v1

**OF COUNSEL:**
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 32503
Phone: (205) 251-3000
Fax: (205) 458-5100
gburge@burr.com
dmeek@burr.com
rthompso@burr.com

/s/ Richard H. Gill
Richard H. Gill

Attorneys for Defendants

**OF COUNSEL:**
Copeland, Franco, Screws & Gill
444 S. Perry St.
Montgomery, Alabama 36104
Phone:  (334) 834-1180
gill@copelandfranco.com

/s/ Von G. Memory
Von G. Memory

Attorneys for Defendants

**OF COUNSEL:**
Memory & Day
469 S. McDonough St.
Montgomery, Alabama 36104
Phone:  (334) 834-8000
vgm@memorylegal.com

26068326 v1

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing document by the Court's CM/ECF Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail or email on this the 1st day of December, 2015:

Jamie Alisa Wilson
Benton & Centeno, LLP
2019 Third Avenue North
Birmingham, AL 35203
jwilson@bcattys.com
Counsel for Southeastern Stud &
Component, Inc.

                                              /s/ Derek F. Meek
                                              OF COUNSEL