UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| THE MILL STEEL COMPANY et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SOUTHEASTERN STUD & )<br>COMPONENT, INC. et al., )<br>)<br>Defendants. )<br>) | Civil Case No. 2:14-1023 |

## JUDGMENT

Judgment is hereby entered dismissing this case with prejudice. The Court commends counsel for their efforts to resolve this case without further judicial intervention.

July 24, 2019

_____
Royce C. Lamberth
United States District Judge